# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

SHAHEEM WILLIS,

Petitioner

v.

COMMONWEALTH OF PENNSYLVANIA,

Respondent

: No. 31 EM 2020
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2020, the "Application for Extraordinary Relief" is DENIED.